

ORIGINAL

FILED

10/18/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0018

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0018

S.W. , a minor, by and through her Guardian
Jeffrey Ferguson,

      Plaintiff and Appellee,

v.

STATE OF MONTANA, by and through the
Montana Department of Public Health and Human
Services,

      Defendant and Appellant.

FILED

OCT 1 8 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

On October 11, 2022, Montana Association of Counties (MACo) filed a motion for leave to file an amicus brief in this appeal. The motion indicated that the Appellant State of Montana did not object but that counsel for Plaintiff and Appellee S.W. opposed the motion. The Court entered an order the same day, granting MACo leave to file on or before November 3, 2022.

Wilson responded the following day, asking the Court either to reconsider or to grant leave to file a sur-response brief confined to new matters raised by MACo. Wilson pointed out that she had filed her Appellee's Response Brief well before MACo filed its motion and would be left unable to respond to its arguments. Good cause appearing,

IT IS HEREBY ORDERED that Appellee S.W. is granted leave to file an additional brief, limited to arguments made in MACo's amicus brief. The brief shall be filed on or before November 17, 2022, and shall not exceed 3,000 words.

The Clerk is directed to provide a copy of this Order to all counsel of record.

DATED this __18__ day of October, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices